IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:20-00022

ADAM MICHAEL MILLER

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's Motion to Continue. (ECF No. 27.)  In support of his motion, counsel for defendant explains that additional time is needed to meet and confer with defendant, evaluate new discovery, conduct further investigation if necessary, and to consider pretrial motions.  (See id.) Counsel also stated that the government does not oppose the continuance of this matter.  (See id.)  For good cause shown, defendant's motion is **GRANTED.**

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

I.     The deadline for the filing of pretrial motions is continued until **April 27, 2020;**

II.    The Pretrial Motions Hearing is continued until **11:00 a.m. on Monday, May 4, 2020, in Charleston;**

III.   Jury Instructions and Proposed Voir Dire are due to the court by **May 13, 2020;**

IV.    Trial of this action is continued until **9:30 a.m. on Wednesday, May 20, 2020, in Charleston;**

V.     Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 26th day of February, 2020.

**ENTER:**

David A. Faber
Senior United States District Judge